JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER JACKSON, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES COUNTY, a Government Entity; ANCHORAGE 47, a Government Entity; MICHAEL BLENK, in his employment capacity and as an Individual; DOE DEFENDANTS 1-20, Inclusive, <br><br> Defendants. | CASE NO. 2:22-cv-00030-RGK-MARx <br><br> [PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE [58] <br><br> [Assigned to Hon. R. Gary Klausner, Courtroom "850"] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After full consideration of the parties' Stipulation for Dismissal of the claims of plaintiff CHRISTOPHER JACKSON against defendants COUNTY OF LOS ANGELES and MICHAEL BLENK with prejudice, and finding good cause thereto, the Court hereby makes the following Order pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1):

1. IT IS HEREBY ORDERED that the above-captioned action, *Christopher Jackson v. County of Los Angeles, et al.*, Case No. 2:22-cv-00030-RGK-MARx, brought by plaintiff CHRISTOPHER JACKSON against defendants

-2-

COUNTY OF LOS ANGELES and MICHAEL BLENK, is dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 9, 2022

*Gay Klausner*
UNITED STATES DISTRICT JUDGE